UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Maria-Elena James

ALEXANDER HERNAEZ (SBN 201441)
ahernaez@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Plaintiff
Michael Sporn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SPORN,<br>Plaintiff,<br>v.<br>WEST ASSET MANAGEMENT, INC.,<br>Defendant. | CASE NO. 3:15-cv-03981-MEJ<br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1). Each party is to bear its own attorneys' fees and costs.

FOX ROTHSCHILD LLP

Dated: November 20, 2015.

By
JACK PRAETZELLIS
Attorneys for Plaintiff Michael Sporn

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

Dated: November 19, 2015.

By
DAMIAN P. RICHARD
Attorneys for Defendant West Asset Management, Inc.